UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DAWN BRUCE, *et al.*, | ) | Case No.: 1:17 CV 1172 |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| SECURE LENDING, LLC, *et al.*, | ) | |
| | ) | |
| | ) | SETTLEMENT APPROVAL |
| Defendants | ) | AND ORDER OF DISMISSAL |

The court held a hearing on the record with counsel for the parties in the within case on April 20, 2018, at 4:00 p.m., regarding the parties' Joint Sealed Motion for Approval of Settlement ("Settlement Agreement"). (ECF No. 25.)

As a result of the hearing, the court finds that the Settlement Agreement is fair, adequate, and reasonable for the reasons stated therein. Consequently, Plaintiffs' claims are hereby dismissed with prejudice.  However, the determination of reasonable costs and attorney's fees remains pendng. Further, the court shall retain jurisdiction to enforce the parties' Settlement Agreement.

Counsel for the parties indicated that they will attempt to resolve the issue of reasonable costs and attorney's fees. However, if they cannot resolve the issue, Plaintiffs shall file a motion seeking such fees within fourteen (14) days of the date of this Order. If, before that time, the parties have reached agreement as to the appropriate costs and fees, they shall submit a notice to the court, so that it may  make a determination as to the reasonableness of the costs and fees.

IT IS SO ORDERED.

/s/ SOLOMON OLIVER, JR.
UNITED STATES DISTRICT JUDGE

April 24, 2018