## THE BENDAU LAW FIRM, PLLC

# Exhibit E

Bruce Lodestar

| | | |
|---|---|---|
| 5/31/17 | Initial consultation on the phone [1.0] | 1.0 CPB |
| 6/1/17 | Obtain signed fee agreement; Set up client file [1.2] | 1.2 CPB |
| 6/2/17 | Begin drafting lawsuit [1.9]<br><br>Initial consultation with T. Pearson re joining suit [1.0] | 2.9 CPB |
| 6/3/17 | Initial consultation on phone with John Lee [1.0]<br><br>Obtain signed fee agreement from J. Lee and T. Pearson; Set up client files [1.8]<br><br>Continue drafting complaint [2.2] | 5.0 CPB |
| 6/3/17 | Review of Defendants' Answer [.4] | .4 JLS |
| 6/5/17 | Finalize complaint and associated docs for filing [2.1]<br><br>Obtain signed collective action consent forms from clients [.5]<br><br>Email thread with J. Simon re filing case [.3]<br><br>Communications with D. Bruce re case status [.5] | 3.4 CPB |
| 6/5/17 | Review and filing of all collective action pleadings [1.0] | 1.0 JLS |
| 6/6/17 | File case; review filed pleadings and orders [.4]<br><br>Email thread with James about judge and service [.1]<br><br>Communications with D. Bruce re case status [.1] | .6 CPB |
| 6/7/17 | Communication with D. Bruce re pay stubs [.2]<br><br>Communication with J. Lee re pay stubs [.1]<br><br>Communication with T. Pearson re pay stubs [.1] | .4 CPB |
| 6/8/17 | Communication with R. Brewer re pay stubs [.1] | .1 CPB |
| 6/8/17 | Arrangements for service [1.2] | 1.2 JLS |
| 6/12/17 | Call with Dawn Bruce re service and case status [.2]<br><br>Check service status on Defendants [.2]<br><br>Phone consultation with Robert Brewer, set up file [1.2]<br><br>Phone consultation with Adreanna Thompson, set up file [1.2] | 2.8 CPB |
| 6/15/17 | Call with R. Brewer re joining lawsuit [.2] | 1.0 CPB |

|  | Communications with R. Brewer re case [.4]<br><br>Draft and finalize and file notice of filing of opt-in forms [.3]<br><br>Email thread with Clerk re case filing [.1] |  |
|---|---|---|
| 6/26/17 | Communicate with D. Bruce re case status [.2] | .2 CPB |
| 6/30/17 | Review Defendants' Answer against Plaintiffs' Complaint [.6]<br><br>Discuss Answer with Chris Bendau and J. Simon [.3]<br><br>Review Service Executed on M. Hassan [.1] | 1.0 CPB |
| 7/1/17 | Review defendants' corporate disclosure statement [.1] | .1 CPB |
| 7/3/17 | Communicate with D. Bruce re case status and defendants' answer [.3]<br><br>Call to B. Freeman re case, leave voicemail [.1]<br><br>Draft and send email to B. Freeman re case [.1] | .5 CPB |
| 7/5/17 | Call with B. Freeman re case [.2] | .2 CPB |
| 7/10/17 | Communicate with D. Bruce re status of case [.2] | .2 CPB |
| 7/14/17 | Communicate with R. Brewer re new address [.1] | .1 CPB |
| 7/20/17 | Review email and tolling agreement from B. Freeman, respond [.3] | .3 CPB |
| 7/20/17 | Review of Proposed Tolling Agreement [.2] | .2 JLS |
| 7/21/17 | Call and text messages with D. Bruce re case status and conditional certification [.4]<br><br>Email exchange with B. Freeman [.2]<br><br>Send tolling agreement to D. Bruce [.2] | .8 CPB |
| 7/27/17 | Review Case Management Conference order [.3]<br><br>Review Magistrate consent package [.2] | .5 CPB |
| 8/11/17 | Communication with D. Bruce re case status [.1] | .1 CPB |
| 8/14/17 | Communication with D. Bruce re case status [.1] | .1 CPB |
| 8/14/17 | Email with OC [.2] | .2 JLS |
| 8/15/17 | Communication with D. Bruce re case status [.4] | .4 CPB |
| 8/17/17 | Preparation and filing of Joint Planning Report; emails with OC [1.2]. | 1.2 JLS |
| 8/22/17 | Call with James re CMC and conditional certification [.3] | .3 CPB |
| 8/22/17 | Preparation and attendance at CMC [2.0]. | 2.0 JLS |
| 8/23/17 | Review CMC minutes [.1] | .1 CPB |

| 8/28/17 | Review email from Barry Freeman and response [.2]<br><br>Begin reviewing employment documents (initial disclosure documents) from Freeman [.8]<br><br>Review Defendants' initial disclosure statement [.2] | 1.2 CPB |
|---|---|---|
| 8/28/17 | Review computation of named Plaintiff payroll records [1.6]. | 1.6 JLS |
| 8/28/17 | Preparation of Initial Disclosures & email to OC [1.0] | 1.0 JLS |
| 8/29/17 | Review of Defendants' Initial Disclosures [.2]<br><br>Preparation of 1st RFAs, ROGs and RFPDs issued to Defendants [3.0] | 3.2 JLS |
| 8/30/17 | Begin drafting motion for conditional certification [2.4] | 2.4 CPB |
| 8/31/17 | Review discovery requests, continue drafting [1.4] | 1.4 CPB |
| 9/1/17 | Emails with OC [.1] | .1 JLS |
| 9/2/17 | Draft declaration of Dawn Bruce re conditional certification [2.5]<br><br>Communicate with D. Bruce re declaration [.4] | 2.9 CPB |
| 9/8/17 | Call with James re CC [.3]<br><br>Review discovery requests from Defendants [.8] | 1.1 CPB |
| 9/8/17 | Phone call with OC [.2] | .2 JLS |
| 9/9/17 | Emails with OC [ .2] | .2 JLS |
| 9/11/17 | Phone call with OC [.1] | .1 JLS |
| 9/12/17 | Phone call with OC [.2] | .2 JLS |
| 9/14/17 | Review step one documents from B. Freeman [.4] | .4 CPB |
| 9/15/17 | Finalize and file stipulation re conditional certification, communications with B. Freeman, and file stipulation | 1.3 CPB |
| 9/18/17 | Communicate with D. Bruce re case status [.2]<br><br>Review mediation order [.4]<br><br>Review order granting step one cert. [.1] | .7 CPB |
| 9/18/17 | Review of malware letter, emails with OC [.3] | .3 JLS |
| 9/19/17 | Email with OC [.1] | .1 JLS |
| 9/20/17 | Discuss conditional certification with James Simon | .2 CPB |
| 9/25/17 | Email from chambers re telephonic conference [.1] | .1 CPB |
| 9/27/17 | Email with OC [.2] | .2 JLS |
| 9/29/17 | Review discovery responses from Defendants, discuss with Chris Bendau and James Simon [1.5] | 1.5 CPB |
| 10/2/17 | Review supplemental responses to RFAs [.2] | .2 CPB |
| 10/04/17 | Call with R. Brewer re time at Secure Lending [.2] | 1.5 CPB |

|  |  |  |
|---|---|---|
|  | Call with J. Simon re case status [.4]<br><br>Review records from B. Freeman re class list [.3]<br><br>Call to A. Thompson [.1]<br><br>Review emails with James and B. Freeman re discovery responses [.5] |  |
| 10/4/17 | Review of Defendants discovery responses [1.4]<br><br>Phone call and email to OC [.2] | 1.6 JLS |
| 10/6/17 | Begin reviewing pay and time records from B. Freeman [.4] | .4 CPB |
| 10/12/17 | Call with James Simon re emailing B. Freeman and finalizing notice [.4]<br><br>Finalize notice and text message notice for B. Freeman review [.5]<br><br>Email B. Freeman re notice and text message [.1] | 1.0 CPB |
| 10/15/17 | Email from B. Freeman re notice, revise notice [.5] | .5 CPB |
| 10/17/17 | Print, stuff, and prepare notices for mailing [2.4]<br><br>Send text message notices [.4]<br><br>Send email notices [.3]<br><br>Text communication with Marvella Johnson [.2] | 3.3 CPB |
| 10/18/17 | Meeting with Dawn Bruce and preparation of disco response [2.0] | 2.0 JLS |
| 10/19/17 | Communicate with M. Johnson re joining the case as opt-in [.3] | .3 CPB |
| 10/17/17 | Phone call to Bruce, emails with OC. [.2]<br><br>Subpoena ChaseData Corp [.5] | .7 JLS |
| 10/23/17 | Record Review/Wage computation [2.2]<br><br>Status conference with court [.2] | 2.4 JLS |
| 10/24/17 | Review status conference minutes [.1] | .1 CPB |
| 10/25/27 | Record Review/Wage computation [3.2] | 3.2 JLS |
| 10/27/17 | Preparation of Plaintiff's discovery responses. Email to OC [2.8] | 2.8 JLS |
| 10/30/17 | Pre-meeting meeting with J. Simon [.5]<br><br>Meeting with B. Freeman [1.0] | 1.9 CPB |

|  |  |  |
|---|---|---|
|  | Travel to and from meeting [.4] |  |
| 10/30/17 | Meeting with Barry [1.4] | 1.4  JLS |
| 10/31/17 | Flights from Cleveland [6.5] | 6.5  CPB |
| 11/9/17 | Emails with Barry re discovery & records issues [.3] | .3  JLS |
| 11/14/17 | Review employment records from B. Freeman [.5] | .5  CPB |
| 11/13/17 | Communicate with D. Bruce re case status [.1] | .1  CPB |
| 11/15/17 | Communicate with D. Bruce re case status [.1] | .1  CPB |
| 11/20/17 | Review email from B. Freeman re continuing mediation [.1] | .1  CPB |
| 11/21/17 | Joint Motion to Continue Mediation and emails with OC [.4] | .4  JLS |
| 11/27/17 | Review order re continuing mediation [.1] | .1  CPB |
| 12/7/17 | Conference with CB and calls to clients re mediation. [.8] | .8  JLS |
| 12/14/17 | Draft and file notice of filing opt-in consent forms [.3] | .3  CPB |
| 12/18/17 | Draft and send offer letter to B. Freeman re settlement [1.4] | 1.4  CPB |
| 12/19/17 | Review email response to settlement letter from B. Freeman, discuss with J. Simon and Chris Bendau [.5] | .5  CPB |
| 12/20/17 | Preparation of Mediation Statement  [1.5] | 1.5  JLS |
| 12/21/17 | Updated wage calculation to J. Simon [.3] | .3  CPB |
| 12/21/17 | Preparation for Mediation [2.0] | 2.0  JLS |
| 12/22/17 | Call with J. Simon re mediation [.2]<br><br>Review offer of judgment from Defendants; review settlement conference minutes [.2] | .4  CPB |
| 12/22/17 | Attendance at mediation [3.0] | 3.0  JLS |
| 1/8/18 | Emails and phone call to OC. Calls with CB  [1.0] | 1.0  JLS |
| 1/10/18 | File review and email to OC  [.2] | .2  JLS |
| 1/25/18 | Call & emails with OC. Review of Joint Motion to Extend Discovery Deadlines [.4] | .4  JLS |
| 1/26/18 | New wage computation and letter to OC. | 4.0  JLS |
| 2/6/18 | Review counteroffer/emails with OC. | .5 JLS |
| 2/7/18 | Revised wage calculations. Calls w/ Bruce and Pearson. | 1.4 JLS |
| 2/9/18 | Phone call with OC. | .2 JLS |
| 2/13/18 | Phone calls and emails with OC re settlement. | .5 JLS |
| 2/15/18 | Review & edit proposed settlement agreement. Email to OC. | .6 JLS |
| 2/16/18 | Emails with OC. | .2 JLS |
| 2/20/18 | Emails with OC. | .1 JLS |
| 2/23/18 | Meeting with T. Pearson. | .5 JLS |
| 2/27/18 | Email to chambers. | .1 JLS |
| 3/1/18 | Teleconference with Court [.4]. Call to Barry. [.1] Call to CB [.2] | .7 JLS |

| 3/7/18 | Review and Edit Joint motion for Approval [.4] Declaration of JLS [.5] | .9 JLS |
| 4/4/18 | Call from John Lee. | .2 JLS |
| 4/16/18 | Call from Travis Pearson. | .2 JLS |
| 4/19/18 | Review order re telephonic hearing and discuss with James Simon [.4] | .4 CPB |
| 4/20/18 | Prepare for telephonic hearing with Judge Oliver [1.0]<br><br>Telephonic hearing with Judge Oliver [.5]<br><br>Discuss telephonic hearing with J. Simon [.3] | 1.8 CPB |
| 4/25/18 | Call to OC. | .1 JLS |
| 4/25/18 | Begin drafting motion for attorneys' fees and costs [3.5] | 2.5 CPB |
| 4/26/18 | Calls and emails with Barry re fees application. | .2 JLS |
| 5/1/18 | Continue drafting motion for attorneys' fees and costs [1.5] | 1.5 CPB |
| 5/2/18 | Review and revise motion for attorneys' fees and costs [2.8] | 2.8 CJB |
| 5/2/18 | Preparation of Motion for Attorney Fees & Costs. | 1.0 JLS |
| 5/8/18 | Finalize and file motion for attorneys' fees and costs [.8] | .8 CPB |

JLS:   James L. Simon
CPB:   Clifford P. Bendau, II
CJB:   Christopher J. Bendau

       LODESTAR
       114.3 HRS x $300/HR     = $34,290.00

       FILING FEE: $400.00
       POSTAGE: $19.22
       PARKING: $30.00
       <u>COPIES & PAPER: $70.28</u>
       TOTAL COSTS  $519.50

**TOTAL FEES AND COSTS  $34,809.50**